## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **FALCON CREST HOLDINGS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:24-cv-00535-O** |
| | § | |
| | § | |
| **RVR AVIATION, LLC, RON** | § | |
| **WHITEHEAD, STEVE RODDY, JEFF** | § | |
| **PREY, and JOHN PETERSEN,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(A)(i)

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

COMES NOW, FALCON CREST HOLDINGS, LLC ("Plaintiff" herein), and hereby dismisses this suit in its entirety without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

In support hereof, Plaintiff respectfully shows the Court as follows:

1. Plaintiff filed suit against Defendants RVR Aviation, LLC, Ron Whitehead, Steve Roddy, Jeff Prey, and John Petersen, (collectively "Defendants" herein) on or about June 10, 2024.

2. Defendants, on or about July 3, 2024 made their first appearance in this action via Motion to Dismiss. No other answer, counter-claims, or motion for summary judgment have been filed by any Defendant.

3. On or about September 19, 2024 the parties submitted an Agreed Motion to Continue Deadlines and Submit Rule 26F Report, which was granted. The parties were then given an

October 21, 2024 deadline in which to submit a Joint Report Regarding Contents of Scheduling Order.

4.  Since said time, and as of today, Plaintiff and Defendants have reached agreement which calls for the dismissal of this case without prejudice.

5.  Therefore, Plaintiff hereby dismisses this case in its entirety without prejudice.

Respectfully submitted,

**McCathern, PLLC**

*/s/ Justin N. Bryan*
Justin N. Bryan
State Bar No. 24072006
jbryan@mccathernlaw.com
Asher K. Miller
State Bar No. 24131512
amiller@mccathernlaw.com

Regency Plaza
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone: (214) 741-2662
Facsimile: (214) 741-4717

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Plaintiff conferred with Defendants' counsel and Defendants do not oppose this dismissal without prejudice.

*/s/ Justin N. Bryan*
Justin N. Bryan

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on October 3, 2024, a true and correct copy of the above and foregoing document was served upon the parties in accordance with the Federal Rules of Civil Procedure.

***Via ECF Service***
Kenneth W. Biermacher
Donald A. Waltz
Andrew D. Robertson
Kane Russell Coleman Logan, PC
901 Main Street, Suite 5200
Dallas, Texas 75202

*/s/ Justin N. Bryan*
Justin N. Bryan

---